UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
ORLANDO DIVISION

**GERALD E. SLASEMAN,**

      **Plaintiff,**

v.                                           Case No. 6:23-cv-1346-CEM-LHP

**STATE OF FLORIDA, MARION COUNTY JUDICIAL CENTER, GREGORY HARRELL, and THOMAS P. THOMPSON, III,**

      **Defendants.**
_____/

**ORDER**

THIS CAUSE is before the Court on Plaintiff's Motion to *Proceed In Forma Pauperis* ("Motion," Doc. 2). The United States Magistrate Judge issued a Report and Recommendation (Doc. 9), recommending that the Motion be denied. (*Id.* at 1, 8).

After review in accordance with 28 U.S.C. § 636(b)(1) and Federal Rule of Civil Procedure 72, and noting that no objections were timely filed, the Magistrate Judge's recommended disposition is accepted. Accordingly, it is **ORDERED** and **ADJUDGED** as follows:

1. The Report and Recommendation (Doc. 9) is **ADOPTED** and made a part of this Order.

2. Plaintiff's Motion to *Proceed In Forma Pauperis* (Doc. 2) is **DENIED.**

3. Plaintiff's Complaint (Doc. 1) is **DISMISSED for lack of subject matter jurisdiction.**

4. **On or before October 2, 2023,** Plaintiff may file an Amended Complaint that addresses the pleading deficiencies outlined in the Report and Recommendation. Failure to timely do so will result in this case being closed without further notice.

5. **Also on or before October 2, 2023,** Plaintiff may file a Renewed Motion to Proceed *In Forma Pauperis*.

**DONE** and **ORDERED** in Orlando, Florida on September 18, 2023.



CARLOS E. MENDOZA
UNITED STATES DISTRICT JUDGE

Copies furnished to:

Unrepresented Party